RECEIVED

2011 AUG 12 PM 2:00

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

FILED IN OPEN COURT

08-25-2011

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

JENNA CRAWLEY

CASE NO. 3:11-cr-207-J-34 JRK
Ct. 1: 18 U.S.C. §§ 1956(h) and 1957
Forfeiture: 18 U.S.C. § 982(a)(1)

## INFORMATION

The United States Attorney charges:

### COUNT ONE

From in or about late 2009, and continuing through on or about July 29, 2010, at Jacksonville, Duval County, in the Middle District of Florida, and elsewhere,

JENNA CRAWLEY,

the defendant herein, did knowingly and willfully combine, conspire, confederate and agree with other persons who are known and unknown, to engage and attempt to engage in monetary transactions of a value greater than $10,000.00, occurring in the United States and affecting interstate commerce, in criminally derived property, such property having been derived from a specified unlawful activity, that is, a conspiracy to distribute and possess with the intent to distribute Oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

It was part of the conspiracy that the defendant would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of Title 18, United States Code, Sections 1956(h) and 1957.

## FORFEITURE

1.  The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(1).

2.  Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 1956 and/or 1957, punishable by imprisonment for more than one year, the defendant,

JENNA CRAWLEY,

shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

> FUNDS IN THE AMOUNT OF $202,231.91, SEIZED FROM SUNTRUST BANK ACCOUNT NO. XXXXXXXX5427, HELD IN THE NAME OF NICO CONSULTING, LLC., ASSET ID NO. 10-DEA-535398;
>
> FUNDS IN THE AMOUNT OF $147,640.32, SEIZED FROM CITIZENS BANK ACCOUNT NO. XXXXXX3214, HELD IN THE NAME OF HEAVY INVESTMENTS, LLC., ASSET ID NO. 10-DEA-535175; and
>
> FUNDS IN THE AMOUNT OF $10,000.00, SEIZED FROM CITIZENS BANK ACCOUNT NO. XXXXXX3222, HELD IN THE NAME OF HEAVY INVESTMENTS, LLC., ASSET ID NO. 10-DEA-535169.

3.  If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

ROBERT E. O'NEILL
United States Attorney

By: *(signature)*
A. TYSEN DUVA
Assistant United States Attorney

By: *(signature)*
JULIE HACKENBERRY SAVELL
Assistant United States Attorney
Chief, Jacksonville Division