UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
8-25-11

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.                                              CASE NO. 3:11-cr-5-J-20JRK

KRYSTOPHER LEGG

---

UNITED STATES OF AMERICA

v.                                              CASE NO. 3:11-cr-139-J-20MCR

THOMAS V. HOLLAND, M.D.

---

UNITED STATES OF AMERICA

v.                                              CASE NO. 3:11-cr-207-J-34JRK
                                                (Sealed Case)

JENNA CRAWLEY

---

## *IN CAMERA* NOTICE OF PENDENCY OF RELATED CASES

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to Local Rule 1.04(d), hereby notifies the Court and counsel that the above three (3) referenced cases are related in that they involve related defendants and the same offense conduct, specifically conspiracy to distribute oxycodone, a Schedule II controlled substance, involving certain pain management clinics in Jacksonville, Florida.

                Respectfully submitted,

                ROBERT E. O'NEILL
                United States Attorney

By: _____
        A. TYSEN DUVA
        Assistant United States Attorney
        Florida Bar No. 0603511
        300 North Hogan Street, Suite 700
        Jacksonville, Florida 32201
        Telephone: (904) 301-6300
        Facsimile: (904) 301-6310
        E-mail: tysen.duva@usdoj.gov

Dated: August 12, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2011, I filed the foregoing with the Clerk of the Court, *In Camera*, and will send a copy of same to the following:

    Thomas M. Bell, Esq.
    counsel for Krystopher Legg

    David W. Moye, Esq.
    counsel for Thomas V. Holland, M.D.

    David S. Weinstein, Esq.
    counsel for Jenna Crawley

_____
A. TYSEN DUVA
Assistant United States Attorney

2