UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO. 3:11-cr-5-J-20JRK

KRYSTOPHER LEGG
_____

UNITED STATES OF AMERICA

v.
                                                                CASE NO. 3:11-cr-139-J-20MCR

THOMAS V. HOLLAND, M.D.
_____

UNITED STATES OF AMERICA

v.
                                                                CASE NO. 3:11-cr-207-J-20JRK

JENNA CRAWLEY
_____

UNITED STATES OF AMERICA

v.                                                              CASE NO. 3:11-cr-240-J-37MCR

ELIO MADAN, M.D.
_____

## NOTICE OF PENDENCY OF RELATED CASES

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to Local Rule 1.04(d), hereby notifies the Court and counsel that the above four (4) referenced cases are related in that they involve related defendants and the same offense conduct, specifically conspiracy to distribute

oxycodone, a Schedule II controlled substance, involving certain pain management clinics in Jacksonville, Florida.

      Respectfully submitted,

      ROBERT E. O'NEILL
      United States Attorney

By: *s/ A. Tysen Duva*
     A. TYSEN DUVA
     Assistant United States Attorney
     Florida Bar No. 0603511
     300 North Hogan Street, Suite 700
     Jacksonville, Florida  32201
     Telephone:   (904) 301-6300
     Facsimile:    (904) 301-6310
     E-mail:         tysen.duva@usdoj.gov

Dated: September 23, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Thomas M. Bell, Esq.
>counsel for Krystopher Legg
>
>David W. Moye, Esq.
>counsel for Thomas V. Holland, M.D.
>
>David S. Weinstein, Esq.
>counsel for Jenna Crawley
>
>Bruce P. Culbert, Esq., Esq.
>counsel for Elio Madan, M.D.

>>*s/ A. Tysen Duva*
>>A. TYSEN DUVA
>>Assistant United States Attorney