UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                              CASE NO.    3:11-cr-207-J-20JRK

JENNA CRAWLEY

**UNITED STATES' MOTION FOR
FINAL JUDGMENT OF FORFEITURE**

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves this Court for a Final Judgment of Forfeiture, pursuant to 18 U.S.C. § 982(a)(1) for violations of 18 U.S.C. §§ 1956(h) and 1957, and in support thereof submits the following:

**Memorandum**

I.   **Statement of Facts**

1. On October 25, 2012, a Preliminary Order of Forfeiture was entered by this Court, pursuant to 18 U.S.C. § 982(a)(1), divesting defendant Jenna Crawley of her right, title and interest in the following:

> FUNDS IN THE AMOUNT OF $202,231.91, SEIZED FROM SUNTRUST BANK ACCOUNT NO. XXXXXXXX5427, HELD IN THE NAME OF NICO CONSULTING, LLC.,
> ASSET ID NO. 10-DEA-535398;

> FUNDS IN THE AMOUNT OF $147,640.32, SEIZED FROM CITIZENS BANK ACCOUNT NO. XXXXXX3214, HELD IN THE NAME OF HEAVY INVESTMENTS, LLC.,
> ASSET ID NO. 10-DEA-535175;  and

        FUNDS IN THE AMOUNT OF $10,000.00, SEIZED FROM
        CITIZENS BANK ACCOUNT NO. XXXXXX3222, HELD IN THE
        NAME OF HEAVY INVESTMENTS, LLC.,
        ASSET ID NO. 10-DEA-535169,

("funds").  (Doc. 31).

    2.    On December 4, 2012, the United States Marshals Service effected seizure of the funds.  (Docs. 32-34).

    3.    In accordance with the provisions of 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 982, the United States published notice of the forfeiture, and of its intent to dispose of the funds on the official government website, www.forfeiture.gov, from October 31, 2012 through November 29, 2012. (Doc. 35).  The publication gave notice to all third parties with a legal interest in the funds to file, with the Office of the Clerk, United States District Court, Middle District of Florida, 300 N. Hogan Street, Suite 9-150, Jacksonville, Florida 32202-4270, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

    4.    On October 31, 2012, notice of forfeiture was provided to Delaware Corporations, LLC, Registered Agent - Heavy Investment, LLC, c/o Robert Katzenstein, Esquire, Smith, Katzenstein & Furlow, LLP, 800 Delaware Avenue, Box 8702, Wilmington, Delaware 19801, via certified and regular U.S. mail.  The certified mail was signed for on November 8, 2012 and the final date for filing a petition to adjudicate interest in the funds was December 10, 2012.

5. On October 31, 2012, notice of forfeiture was provided to Jumping Jax Tax, Inc., Registered Agent - Nico Consulting, LLC, 1940 Harrison Street, Suite 306, Hollywood, Florida 33020-5082, via certified and regular U.S. mail. The certified mail was signed for on November 5, 2012 and the final date for filing a petition to adjudicate interest in the funds was December 5, 2012.

6. No persons or entities, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture (Doc. 31), Delaware Corporations, LLC, Registered Agent - Heavy Investment, LLC, and/or Jumping Jax Tax, Inc., Registered Agent - Nico Consulting, LLC, are known to have a potential interest in the funds. To date, no third party has filed a Petition to Adjudicate Interest in the funds, pursuant to 21 U.S.C. § 853(n), and the time for filing such Petition has expired.

## II. Applicable Law

When all third party petitions have been adjudicated, or if no petitions are filed, it is appropriate to enter a final judgment of forfeiture in accordance with Fed. R. Crim. P. 32.2(c)(2). In addition, 21 U.S.C. § 853(n)(7) provides that following the disposition of all petitions, or if no petitions are timely filed in accordance with 21 U.S.C. § 853(n)(2), "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee."

As required by 21 U.S.C. § 853(n), the United States published notice of the forfeiture on the official government website, www.forfeiture.gov, from October 31, 2012 through November 29, 2012. (Doc. 35). Publication by internet is permitted in civil cases pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Federal Rules of Civil Procedure. Federal Rule of Criminal Procedure 32.2(b)(6)(C) provides that publication of forfeiture in criminal cases may be by any means described in Supplemental Rule G(4)(a)(iv). The internet publication gave notice to all those who might have an interest in the funds of the United States' intent to dispose of the property, and gave instructions on filing a petition to adjudicate their interest in the funds. In accordance with those provisions, a person or entity has sixty (60) days from the first date of internet publication to file a petition with the District Court to adjudicate interest in the funds. In this instance, the first date of internet publication on www.forfeiture.gov was October 31, 2012. Accordingly, the final date for filing a petition to adjudicate interest in the funds was December 30, 2012, and the time for filing such a petition has expired.

Publication having been effected, and no claims or petitions to adjudicate interest having been timely filed, it is now appropriate to enter a final order or judgment of forfeiture.

### III. <u>Conclusion</u>

The United States respectfully requests that pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and 18 U.S.C. § 982(a)(1), this Court enter a final order of forfeiture forfeiting the funds to the United States for disposition in accordance with the law.

    Respectfully submitted,

    ROBERT E. O'NEILL
    United States Attorney

By: *s/ Bonnie A. Glober*
    BONNIE A. GLOBER
    Florida Bar No. 0748307
    Assistant United States Attorney
    United States Attorney's Office
    300 N. Hogan Street, Suite 700
    Telephone: (904) 301-6300
    Fax: (904) 301-6300
    E-mail: bonnie.glober@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>David S. Weinstein, Esquire
>dweinstein@cspalaw.com
>jlm@wnflaw.com
>dsweinstein@dswpa.com
>mpedraza@cspalaw.com

By: *s/ Bonnie A. Glober*
BONNIE A. GLOBER
Assistant United States Attorney