Case 3:11-cr-00207-HES-JRK Document 40 Filed 02/13/13 Page 1 of 1 PageID 112

USM-285 is a 5-part form. Fill out the form and print 4 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:11-cr-207-J-20JRK |
| DEFENDANT | TYPE OF PROCESS |
| Jenna Crawley | Final Judgment of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Funds in the amount of $147,640.32 seized from Citizens Bank ..., Held in the Name of Heavy Investments, LLC.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Bonnie A. Glober, AUSA
U.S. Attorney's Office
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202-4270

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Asset ID No. 10-DEA-535175

Pursuant to the attached Final Judgment of Forfeiture, the sum of $147,640.32 has been forfeited to the United States. Please dispose of said sum in accordance with the law.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: (904) 301-6300
DATE: 1/30/13

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 18
District to Serve No. 18
Date: 2-6-13

Date: 2-7-13  Time: 2:57 pm

REMARKS: $147,640.32 was transferred from the Seized Asset Deposit Fund to the Asset Forfeiture Fund on 2-4-13.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00