UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2013 JUN 11  AM 8:45

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA,

v.                                                               CASE NO. 3:11-cr-207-J-20JRK

JENNA CRAWLEY
_____ /

## ORDER

Before the Court is Defendant's Unopposed Joint Motion to Consolidate Cases for Sentencing and Supporting Memorandum of Law (Doc. No. 46 in Case No. 3:11-cr-207-J-20JRK) filed June 4, 2013. Upon consideration, the motion (Doc. No. 46) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this _10th_ day of June, 2013.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Jay Taylor, Esq.
David Weinstein, Esq.