UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 3:11-cr-207-J-20JRK

JENNA CRAWLEY

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
<u>BASED UPON SUBSTANTIAL ASSISTANCE</u>**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a 6-level reduction in the defendant's offense level, and in support thereof states as follows: The defendant assisted the United States by testifying truthfully at the trial of six co-defendants in Case No. 3:11-cr-5(S4)-J-20JRK.

**<u>MEMORANDUM OF LAW</u>**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant provided truthful and timely information to the United States which assisted the United States in presenting its case at trial in Case No. 3:11-cr-5(S4)-J-20JRK. She testified at the trial and also before the Grand Jury, helping to secure an indictment.

The United States believes that, because of his efforts on behalf of the United States, should receive a 6-level reduction in his offense level for her assistance.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

                                Respectfully submitted,

                                A. LEE BENTLEY, III
                                United States Attorney

By    *s/ Jay Taylor*
        JAY TAYLOR
        Assistant United States Attorney
        Florida Bar No. 0511730
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone:    (904) 301-6300
        Facsimile:    (904) 301-6310
        E-mail:  jay.taylor@usdoj.gov

U.S. v. JENNA CRAWLEY                               Case No. 3:11-cr-207-J-20JRK

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David S. Weinstein, Esquire

By      *s/ Jay Taylor*
JAY TAYLOR
Assistant United States Attorney
Florida Bar No. 0511730
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:     (904) 301-6300
Facsimile:     (904) 301-6310
E-mail:  jay.taylor@usdoj.gov