IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


CASE NO. 3:11-cr-207-J-20JRK


UNITED STATES OF AMERICA


vs.


JENNA CRAWLEY

_____/

## NOTICE OF FILING SUPPLEMENTAL SENTENCING EXHIBITS

Comes now the defendant, Jenna Crawley, by and through her undersigned counsel, and files the following additional supplemental exhibits, for consideration by the Court at sentencing.

As stated in the Sentencing Memorandum filed in the instant cause [DE -65], during the time that Ms. Crawley has been on pre trial release and pending sentencing, she has been involved in the management and operation of Rapunzel Miami, a hair salon and boutique located in Miami, Florida.

Attached hereto and incorporated herein as "Exhibit A," are photographs from the salon and screenshots from the Rapunzel Miami website.

> Respectfully submitted,
> /s/   David S. Weinstein
> David S. Weinstein, Esq.
> Florida Bar No. 749214
> Clarke Silverglate, P.A.
> 799 Brickell Plaza, Suite 900
> Miami, Florida 33131
> Telephone:  (305) 377-0700
> Facsimile:  (305) 377-3001
> Email: Dweinstein@cspalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 24 2014, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF

/s/ David S. Weinstein
David S. Weinstein, Esq.