# EXHIBIT "A"







Home    Appointments    Before & After    Services    About Us    Videos    Pictures    Calendar    Press    Contact Us    Testimonials







Come in and talk with us and let us show you a world of incredible solutions.

**Rapunzel Miami**, a ladies only exclusive Hair Extension Salon and boutique in the beautiful sunny hairlicious Upper East Side of Miami. We are not only the world 's #1 Hair Extension Salon in the country for Hair Replacement, Sew-In Extensions, Braidless Sew-INS, Integration Pieces, Fusion, and Microlinks for women but also for Color, Extensive Cuts and Styles. We have a boutique with exclusive vintage clothing, jewelry, and bags hand picked by Rapunzel herself. Rapunzel believes if your going to be in a salon for long periods of time getting pampered the only other thing that would make your experience truly a fairy tale is "SHOPPING". Wow!!
Call to make an appointment today so we can make "Your Hair Wishes Come True."

We use only the finest, 100% human hair in every application method of Extensions, Wigs, Weaves, Integration Pieces and Lace Fronts. We keep in stock Russian Hair, Malaysian Hair, Indian Remi Hair, Brazilian Straight Hair, Yaki Hair,  Asian Silky Straight Hair In addition we carry our own line of clip-ins, wigs and extensions. We are certified in Hair Dreams, Great Lengths, Hairlocs, Pro Hair, Flat Extensions and Socap, just to name a few. We use such products as Moroccan Oil,  Difiaba, Phyto, Redken and Unite. With the most extensive selection of methods and hair, we urge everyone to come in for a FREE consultation so that we may assist you in making the best decision for the sexiest hair and style possible.



At RAPUNZEL MIAMI it's not just the quality of the hair that is important but the expertise of the stylist applying the extensions. Many women have come to us with extension mistakes from other less experienced salons or a person that came to your house to beat salon pricing. We understand every penny counts but not when it comes to the integrity of your hair and image. Improper training and installation can in most cases cause major damage. We have been considered expert witnesses, testifying in several legal cases for women that wanted to save a buck but instead got stuck. Now If the courts seek our expertise in hair matters it would be against the law if you didn't do the same. We use the latest hair repair methods to preserve the quality of your natural hair structure. Regardless if you have fine, damaged, very little hair, completely hairless, suffer from Trichotillomania "pulling out of your own hair" or have had cancer and lost your hair. We are able to give you a new lease on life with beautiful locks that have length and fullness. Rapunzel Miami is bringing " SEXY " back.  "

# Rapunzel Miami













