UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:11-cr-207-J-20JRK |
| v. | |
| JENNA CRAWLEY | |

| **Counsel for Government:** | **Counsel for Defendant:** |
|---|---|
| Jay Taylor | David Weinstein |

**HONORABLE HARVEY E. SCHLESINGER, UNITED STATES DISTRICT JUDGE**
**Courtroom Deputy:** Marsha Grant
**Court Reporter:** Shannon Bishop        **U.S. Probation:** Parker Anderson

## CLERK'S MINUTES

**PROCEEDINGS OF SENTENCING:**

Plea previously accepted.

Defendant adjudged guilty on Count(s) One of the Information

United States' motion for departure from sentencing guidelines (Doc. 54) is **GRANTED**.

Imprisonment: **THIRTY (30) MONTHS**

Supervised Release: **TWO (2) YEARS**

Special Assessment: **$100.00**, to be paid immediately.

Special conditions of supervised release:
 Defendant shall be prohibited from engaging in any employment related to the medical field.

 Defendant shall be placed on a curfew for the first 180 days of her supervision, from the hours of 9:00 p.m. - 6:00 a.m, daily.

 Mandatory drug testing suspended. Defendant poses a low risk.

 Cooperate in the Collection of DNA as directed by the Probation Officer.

Defendant shall surrender to the designated institution no later than **Monday, December 8, 2014, at 2:00 p.m.**

Defendant advised of right to appeal and to counsel on appeal.

DATE: October 29, 2014        TIME: 10:42 a.m. - 11:42 a.m.        TOTAL: 1 hour