UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.: 3:11-cr-207-J-20JRK

JENNA CRAWLEY
_____/

ORDER

This cause is before this Court on Defendant's Unopposed Motion to Extend Surrender Date (Dkt. 71). In this motion, Defendant seeks a thirty (30) day extension of the time in which to self surrender for service of her sentence at the institution designated by the Bureau of Prisons.

Accordingly, it is **ORDERED**:

Defendant's Unopposed Motion to Extend Surrender Date (Dkt. 71) is **GRANTED**; Defendant shall be permitted to voluntarily surrender to the Bureau of Prisons by reporting to the designated institution no later than 2:00 p.m. on Thursday, January 8, 2015.

DONE AND ORDERED at Jacksonville, Florida, this 24th day of November, 2014.

BRIAN J. DAVIS
UNITED STATES DISTRICT JUDGE

for

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jay Taylor, Esq.
David S. Weinstein, Esq.
United States Probation Office