**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                           **Case No: 3:11-cr-207-J-20JRK**

**JENNA CRAWLEY,**

    **Defendant.**
_____/

**NOTICE THAT THE FEDERAL DEFENDER'S OFFICE HAS SATISFIED THE REQUIREMENTS IMPOSED BY THE AMENDMENT 782 OMNIBUS ORDER**

The Office of the Federal Defender, by and through undersigned counsel, hereby gives notice that it has satisfied the requirements set forth in this Court's *Omnibus Order In Re: Amendment 782, United States Sentencing Guidelines*, 6:14-mc-78-Orl-22 ("Omnibus Order"), and respectfully notifies this Court that it will not be filing a Motion for Sentence Reduction under Amendment 782 on behalf of Defendant Jenna Crawley.

    1.    The Omnibus Order authorizes the Office of the Federal Defender to represent defendants "who were sentenced in this district, whose sentencing guidelines were calculated under USSG § 2D1.1, and for whom relief under 18 U.S.C. § 3582(c)(2) and USSG § 1B1.10 as a result of Amendment 782 may be warranted." Omnibus Order at 1.

    2.    Pursuant to the procedures set forth in the Omnibus Order, U.S. Probation prepares an Amendment 782 Memorandum detailing the eligibility of such defendants to receive a sentence reduction under Amendment 782. *Id*. Upon receipt of Amendment 782 Memorandum, the Federal Defender is required to inform the Court if a conflict prevents the

Office from representing the defendant, and in the absence of a conflict, "evaluate the defendant's eligibility." *Id.* at 2. If the Office "determines that a defendant is not eligible for relief, it shall so inform the defendant and take such steps as it deems necessary to comply with the applicable rules of professional conduct." *Id.*

3. Undersigned counsel has received Probation's Amendment 782 Memorandum concerning Defendant's eligibility and has no conflict of interest that would prohibit this Office from representing Defendant.

4. However, based on undersigned counsel's thorough and diligent review of the record, including Probation's Amendment 782 Memorandum and Defendant's original presentence investigation report, undersigned counsel cannot argue in good faith that Defendant is eligible for a sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 782 of the United States Sentencing Guidelines because the Court previously granted Defendant a two-level downward variance in anticipation of the retroactive drug amendment.

5. Undersigned counsel has conferred with and advised Defendant about probation's memorandum, undersigned counsel's professional opinion, this notice of satisfaction, and the right to proceed *pro se*.

Accordingly, the Office of the Federal Defender will not be filing a motion for sentence reduction under Amendment 782 on behalf of Defendant Jenna Crawley.

> Respectfully submitted,
>
> Donna Lee Elm
> Federal Public Defender
>
> */s/Adam Labonte*
> Adam Labonte
> Research & Writing Attorney
> Florida Bar Number 115143
> 201 S. Orange Avenue, Suite 300
> Orlando, Florida 32801
> Telephone:   (407) 648-6338
> Facsimile:   (407) 648-6095
> Email: Adam_Labonte@fd.org
> Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2016, I electronically filed the foregoing *Notice that the Federal Defender's Office has Satisfied the Requirements Imposed by the Amendment 782 Omnibus Order* with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney.

> */s/Adam Labonte*
> Adam Labonte
> Federal Defender Attorney