UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                CASE NO. 3:11-cr-207-J-20JRK

JENNA CRAWLEY

_____/

ORDER

THIS CAUSE is before this Court on Defendant's Unopposed Motion for Modification of Conditions of Supervised Release ("Motion") (Dkt. 78), filed on May 15, 2017. This Court has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that the Unopposed Motion for Modification of Conditions of Supervised Release (Dkt. 78) is **GRANTED**.

The defendant's curfew is extended until 11:30 pm. The defendant's curfew during the first 180 days of her supervised release will be from 11:30 pm until 6:00 am. All other conditions of supervised release will remain the same.

DONE AND ORDERED at Jacksonville, Florida, this 17th day of May, 2017.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Adam Labonte, Esq.
Jay Taylor, Esq.
U.S. Probation