UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 3:11-cr-207-J-20JRK

JENNA CRAWLEY

_____/

## ORDER

This matter is before this Court on Crowley's "Unopposed Motion for Early Termination of Supervised Release" (Dkt. 80). After a review of the motion, this Court determines the motion should be granted.

Accordingly, it is **ORDERED**:

1. Crowley's "Unopposed Motion for Early Termination of Supervised Release" (Dkt. 80) is **GRANTED**; and

2. Crowley's supervised release is terminated as of the day of this Order.

**DONE AND ORDERED** at Jacksonville, Florida, this 25th day of May, 2018.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
David S. Weinstein, Esq.
Jay Taylor, Esq.
U.S. Probation Office
    Attn.: Darlene Galloway